UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TARYN SCHERER,

    Plaintiff,

v

JAMES MOORE in his individual capacity, NICHOLAS MCCABE in his individual capacity, MICHAEL GOETZ and KAILEE SCHUETT in their individual capacities, jointly and severally,

    Defendants.

No. 2:21-cv-12997

HON. GERSHWIN A. DRAIN

MAG. JONATHAN J.C. GREY

| | |
|---|---|
| Ben M. Gonek (P43716) | Kyla L Barranco (P81082) |
| Attorney for Plaintiff | Attorney for Defendants |
| Ben Gonek Law, P.C. | Michigan Dep't of Attorney General |
| 14290 Northline Rd. | State Operations Division |
| Southgate, MI 48195 | P.O. Box 30754 |
| (313) 963-3377 | Lansing, MI 48909 |
| ben@goneklaw.com | (517) 335-7573 |
| | barrancok@michigan.gov |

_____/

## APPEARANCE OF KYLA L. BARRANCO

PLEASE TAKE NOTICE that Assistant Attorney General Kyla L. Barranco hereby enters her appearance as counsel on behalf of

Defendant Kailee Schuett in the above-captioned matter.

Respectfully submitted,

*/s/ Kyla L. Barranco*
Assistant Attorney General
Attorney for Defendant Schuett
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
barrancok@michigan.gov
P81082

Dated: January 19, 2022

## CERTIFICATE OF SERVICE (E-FILE)

I hereby certify that on January 19, 2022, I electronically filed the above document with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

*/s/ Kyla L. Barranco*
Assistant Attorney General
Attorney for Defendant Schuett
barrancok@michigan.gov
P81082

2022-0338229-A