UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TARYN SCHERER,

    Plaintiff,

v

JAMES MOORE in his individual capacity, NICHOLAS MCCABE in his individual capacity, MICHAEL GOETZ and KAILEE SCHUETT in their individual capacities, jointly and severally,

    Defendants.

No. 2:21-cv-12997

HON. GERSHWIN A. DRAIN

MAG. JONATHAN J.C. GREY

| | |
|---|---|
| Ben M. Gonek (P43716) | Kyla L Barranco (P81082) |
| Attorney for Plaintiff | Ryan J. Wier (P83886) |
| Ben Gonek Law, P.C. | Attorney for Defendants |
| 14290 Northline Rd. | Michigan Dep't of Attorney General |
| Southgate, MI 48195 | State Operations Division |
| (313) 963-3377 | P.O. Box 30754 |
| ben@goneklaw.com | Lansing, MI 48909 |
| | (517) 335-7573 |
| | barrancok@michigan.gov |
| | wierr2@michigan.gov |

_____/

**APPEARANCE OF RYAN WIER**

PLEASE TAKE NOTICE that Assistant Attorney General Ryan Wier hereby enters his appearance as counsel on behalf of Defendants James Moore, Nicholas McCabe, Michael Goetz, and Kailee Schuett in the above-captioned matter.

Respectfully submitted,

*/s/ Ryan Wier*
Assistant Attorney General
Attorney for Defendants
State Operations Division
P.O. Box 30754
Lansing, MI 48909
(517) 335-7573
WierR2@michigan.gov
P83886

Dated:  September 1, 2022

## CERTIFICATE OF SERVICE (E-FILE)

I hereby certify that on September 1, 2022, I electronically filed the above document with the Clerk of the Court using the ECF System, which will provide electronic copies to counsel of record.

*/s/ Ryan Wier*
Assistant Attorney General
Attorney for Defendants
WierR2@michigan.gov
P83886

2022-0338229-A